ANNA WELCH, Respondent, v. TRIPLE CITIES TRACTION CORPORATION, Appellant.—

Crapser, Heffernan and Foster, JJ., concur; Hill, P. J., and Bliss, J., dissent.